IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KENNETH STEWART, JR.**                                                                 **PLAINTIFF**

v.                                         Case No. 3:13-cv-0057-KGB

**NUCOR CORPORATION**                                                                **DEFENDANT**

**ORDER**

Before the Court is plaintiff Kenneth Stewart Jr.'s unopposed motion to extend deadlines (Dkt. No. 16).  Defendant does not oppose this motion.  For good cause shown, Mr. Stewart's unopposed motion to extend deadlines is hereby granted.  The Clerk of the Court is directed to remove the case from the trial docket the week of February 10, 2014.  A new trial date will be set and an Amended Final Scheduling Order will be issued by separate Order.

SO ORDERED this 30th day of August, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE