IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KENNETH STEWART, JR.**                                                                 **PLAINTIFF**

v.                                       **Case No. 3:13-cv-0057-KGB**

**NUCOR CORPORATION**                                                            **DEFENDANT**

## ORDER

Before the Court is plaintiff's unopposed motion to continue trial date and extend deadlines (Dkt. No. 40). Defendant does not oppose plaintiff's motion subject to the provision that the Court will not extend the now-expired deadline for plaintiff to identify expert witnesses on the liability issues (Dkt. No. 41). For good cause shown, the Court grants plaintiff's motion to the extent defendant does not oppose it. The trial date and all deadlines, except the now-expired deadline for plaintiff to identify expert witnesses on the liability issues, will be reset by separate order.

SO ORDERED this 18th day of September, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE