**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**KENNETH STEWART, JR.**                                                               **PLAINTIFF**

**v.**                                        **Case No. 3:13-cv-00057-KGB**

**NUCOR CORPORATION**                                                         **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed.  Plaintiff Kenneth Stewart, Jr.'s claims against defendant Nucor Corporation are dismissed.  All other pending motions are denied as moot.  The relief sought is denied.

SO ADJUDGED this 13th day of October, 2015.


_Kristine G. Baker_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE