# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 15-3597
_____

Kenneth Stewart, Jr.

Plaintiff - Appellant

v.

Nucor Corporation

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Jonesboro
(3:13-cv-00057-KGB)

_____

## JUDGMENT

Before WOLLMAN, BEAM and MURPHY, Circuit Judges.


This appeal from the United States District Court was submitted on the record of the

district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district

court in this cause is affirmed in accordance with the opinion of this Court.

July 15, 2016


Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans

 **Re-send: 15-3597 Kenneth Stewart, Jr. v. Nucor Corporation "judgment filed sua sponte affirmed" (3:13-cv-00057-KGB)**
ca08ml_cmecf_Notify   to:                                          07/15/2016 08:47 AM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Eighth Circuit Court of Appeals

**Amended 07/15/2016 08:46:40: Notice of Docket Activity**

The following transaction was filed on 07/15/2016

| | |
|---|---|
| **Case Name:** | Kenneth Stewart, Jr. v. Nucor Corporation |
| **Case Number:** | 15-3597 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** The judgment of the Originating Court is AFFIRMED in accordance with the opinion. ROGER L. WOLLMAN, C. ARLEN BEAM and DIANA E. MURPHY Hrg Apr 2016 [4426518] [15-3597] (Melissa Rudolph)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov


The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:**
/opt/ACECF/live/forms/mrudolph_153597_4426518_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/15/2016] [FileNumber=4426518-0] [2cd151650bcac8907e37ce4c7a5883e8d54b4f18a17d3c16f585fb9ba4f01e8e7f025fd9631893c89 5691b467440937f40e7d91e2a2e2e26c58d39b8fd4ef275]]
**Recipients:**
- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4426518
**RELIEF(S) DOCKETED:**
  affirmed
**DOCKET PART(S) ADDED:** 5594724, 5594725, 5594726